JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BOBBY L. PERRY, SR., | ) Case No. 2:25-cv-08336-JWH-JDE |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| C/O T. WALKER SERGEANT, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     All federal law claims asserted in this action are **DISMISSED with prejudice**.

2.     All state law claims asserted in this action are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: February 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2